424 A.2d 498
COMMONWEALTH of Pennsylvania
v.
Joseph Francis BOWERS, Appellant.
Supreme Court of Pennsylvania.
Argued Oct. 20, 1980.
Decided Jan. 27, 1981.

William R. Mosolino, Orwigsburg, for appellant.

Richard B. Russell, Dist. Atty., Anthony J. Miernicki, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Schuylkill County is affirmed.